Magistrate Judge Brian A. Tsuchida

```
_____ FILED   _____ ENTERED
_____ LODGED  _____ RECEIVED
```

**AUG 09 2023**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MISAEL TRUJILLO-BALTAZAR,<br><br>Defendant. | CASE NO. MJ23-406<br><br>COMPLAINT for VIOLATION<br><br>Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18 United States Code, Section 2 |

BEFORE, Brian A. Tsuchida, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT ONE

**(Possession of Controlled Substances with Intent to Distribute)**

On or about August 8, 2023, in King County, within the Western District of Washington, and elsewhere, defendant MISAEL TRUJILLO-BALTAZAR, did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with intent to distribute, controlled substances including: N-phenyl-N-[1-

Complaint - 1
*United States v. Trujillo-Baltazar/* MJ23-406

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl) and heroin, substances controlled under Title 21, United States Code.

It is further alleged that the offense involved 400 grams or more of a mixture or substance containing a detectable amount of fentanyl.

It is further alleged that the offense involved one kilogram or more of a mixture or substance containing heroin.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18 United States Code Section 2.

And the complainant states that this Complaint is based on the following information:

I, Jared Gibb, being first duly sworn on oath, depose and say:

**AGENT BACKGROUND AND INTRODUCTION**

1.      I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I am a Special Agent of the United States Department of Justice, Drug Enforcement Administration (DEA), and have been so employed since February 2009. I am currently assigned to the DEA Seattle Field Division, Tacoma Resident Office.

2.      I received 20 weeks of specialized drug law enforcement training at the DEA training academy in Quantico, Virginia, from September 2008 to February 2009. The training curriculum included comprehensive, formalized instruction in, among other things: basic and complex drug-trafficking investigations, identification of controlled substances, physical and electronic surveillance, utilization of confidential sources, undercover operations and financial/money laundering investigations.

3.      During my career as a Special Agent, I have been involved in more than one hundred drug-trafficking investigations of varying scope and complexity, from street-

Complaint - 2
*United States v. Trujillo-Baltazar/* MJ23-406

level dealers to international drug-trafficking organizations. I was previously assigned to DEA offices in Afghanistan and Colombia, where I worked with host-country counterparts to conduct investigations of international drug-trafficking organizations and money-laundering organizations. I have become familiar with the methods used by individuals engaged in the manufacture, transportation and trafficking of controlled substances. I have directed the actions of confidential informants and I have acted in an undercover capacity on numerous occasions. I have interviewed informants, suspects, defendants and other experienced drug traffickers regarding the methods and practices utilized by drug traffickers and drug trafficking organizations. I have monitored informant conversations with drug traffickers, as well as drug-related conversations between drug traffickers as part of court-authorized interception of wire communications. I have participated in the preparation of numerous affidavits and the execution of search and arrest warrants for violations of federal and state drug laws. In light of the foregoing, I am familiar with the manner in which illegal drugs are manufactured, transported, stored, and distributed, as well as methods of operation and communication utilized by drug traffickers.

4.    The facts set forth in this affidavit arise from my personal and direct participation in the investigation, my experience and training as a DEA Special Agent, my conversations with witnesses and other law enforcement personnel, including consultations with other agents participating in this and related investigations, and my review of relevant documents and reports. My specialized training and experience in drug investigations as well as the assistance and input of experienced fellow investigators, form a basis for my opinions and conclusions, which I drew from the facts set forth herein.

5.    As set forth below, there is probable cause to believe that defendant Misael BALTAZAR-TRUJILLO committed the counts alleged above. Since this affidavit is being submitted for the limited purpose of establishing probable cause, I have not

Complaint - 3
*United States v. Trujillo-Baltazar/* MJ23-406

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

included every fact known concerning this investigation. I have set forth only the facts I believe are essential for a fair determination of probable cause.

## SUMMARY OF PROBABLE CAUSE

6. Special Agents (SA) and Task Force Officers of the U.S. Drug Enforcement Administration (DEA), Homeland Security Investigations (HSI) and state/local law enforcement agencies are investigating a drug trafficking organization (DTO) that is based in Mexico and is distributing controlled substances, including methamphetamine, fentanyl and counterfeit oxycodone pills containing fentanyl, in the Western District of Washington. Based on my training and experience, I know that DTOs operating from Mexico clandestinely produce and traffic counterfeit pills that contain fentanyl[1].

7. On August 8, 2023, the Honorable Brian A. Tsuchida, United States Magistrate Judge for the Western District of Washington authorized a search warrant for a residence located at 2718 South 269th Street, Kent, Washington in the Western District of Washington. Just prior to executing the search warrant, agents observed MISAEL BALTAZAR-TRUJILLO depart the residence in a white Volkswagen SUV ("TV17"). Agents stopped TV17 and detained BALTAZAR-TRUJILLO and a female passenger.

8. A short time later, agents executed the search warrant. No occupants were present at the time agents entered the residence. During a search of the residence, agents located and seized approximately 44,681.9 gross grams of blue pills marked M-30 and suspected to contain fentanyl[2], 2,373.5 gross grams of suspected fentanyl powder,

---

[1] Based on my training and experience, I know that drug trafficking organizations (especially those operating from Mexico) clandestinely produce and traffic counterfeit pills that contain fentanyl. The pills are made to resemble 30 mg oxycodone prescription pills. The pills are typically blue in color and stamped with "M" on one side and "30" on the other, and are commonly referred to as "M-30's" or "blues."

[2] The pills were not field tested by agents due to the risk of exposure to fentanyl. However, agents recognized the pills to be similar in texture, color and markings to pills seized in other investigations in the Western District of Washington that were later found to contain fentanyl during laboratory analysis. Based on my training and experience, I believe the seized pills contain fentanyl.

Complaint - 4
*United States v. Trujillo-Baltazar*/ MJ23-406

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2,129.1 gross grams of suspected heroin.[3] Investigators also found and seized two firearms: (1) a High Point Arms 9mm rifle, and (2) a New Frontier Armory LW-15 Rifle.

9. During a post-arrest statement, BALTAZAR-TRUJILLO admitted that he works for a drug trafficking organization and that his role is to manage a drug stash house in the Western District of Washington. BALTAZAR-TRUJILLO stated that he resided at 2718 South 269th Street, Kent and that he lives there with his wife. BALTAZAR-TRUJILLO stated that had recently picked up the majority of the pills located in the apartment in Phoenix, Arizona and transported them to the residence in Kent. He also stated that he owns both of the firearms located in the residence.

10. Based on the above facts, I respectfully submit that there is probable cause to believe that Misael TRUJILLO-BALTAZAR did knowingly and intentionally possess with intent to distribute controlled substances, including fentanyl and heroin in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

Jared Gibb, Complainant
Special Agent, DEA

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 9th day of August, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge

---

[3] A field test of the substance produced presumptive positive results for the presence of heroin.

Complaint - 5
*United States v. Trujillo-Baltazar/* MJ23-406

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970