Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

August 16, 20 23

Ravi Subramanian, Clerk

By_____Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. **CR 23-135 JNW** |
|---|---|
| Plaintiff | **INDICTMENT** |
| v. | |
| MISAEL TRUJILLO-BALTAZAR, | |
| Defendant. | |

The Grand Jury charges that:

## COUNT 1

**(Possession of Controlled Substances with Intent to Distribute)**

On or about August 8, 2023, in King County, within the Western District of Washington, and elsewhere, MISAEL TRUJILLO-BALTAZAR did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, controlled substances, including: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), and heroin, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture or substance containing fentanyl; and one kilogram or more of a mixture or substance containing heroin.

Indictment - 1
*United States v. Trujillo-Baltazar*
USAO No. 2023R00858

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### COUNT 2

**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about August 8, 2023, in King County, within the Western District of Washington, MISAEL TRUJILLO-BALTAZAR knowingly possessed a firearm, that is: a Hi-Point Arms Model 995 9mm rifle, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States: *Possession of Controlled Substances with Intent to Distribute*, as alleged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### FORFEITURE ALLEGATION

The allegations contained in Count 1–2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, MISAEL TRUJILLO-BALTAZAR shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. This property includes, but is not limited to:

    a.  one Hi-Point Arms Model 995 9mm rifle with serial number B05335;

    b.  one New Frontier Armory LW-15 rifle with serial number NLV36039; and

    c.  any associated ammunition.

Upon conviction of the offense alleged in Count 2, MISAEL TRUJILLO-BALTAZAR shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition used or involved in the offense. This property includes, but is not limited to:

    a.  one Hi-Point Arms Model 995 9mm rifle with serial number B05335;

Indictment - 2
*United States v. Trujillo-Baltazar*
USAO No. 2023R00858

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

b.  one New Frontier Armory LW-15 rifle with serial number NLV36039; and

c.  any associated ammunition.

//

//

//

Indictment - 3
*United States v. Trujillo-Baltazar*
USAO No. 2023R00858

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 8/16/23

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____
TESSA M. GORMAN
Acting United States Attorney

_____
VINCENT T. LOMBARDI
Assistant United States Attorney

Indictment - 4
*United States v. Trujillo-Baltazar*
USAO No. 2023R00858

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970